**STATE of Missouri, Respondent,**

v.

**Albert HAUCK, Appellant.**

**No. WD 47849.**

Missouri Court of Appeals,
Western District.

Feb. 15, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1994.

James R. Hobbs, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

### ORDER

PER CURIAM.

Albert Hauck appeals his conviction of arson in the second degree. We affirm the judgment. Rule 30.25(b).